# United States District Court

## Violation Notice (Rev. 1/2020)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 1167572 | S. Hesse | 1390 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 2/4/23 1530 | 36 CFR 4.2(b) 4000(a)(1) |

Place of Offense

El Cap Cross Yosemite National Park

Offense Description: Factual Basis for Charge    HAZMAT ☐

Expired Registration

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| L___ | Jonathan Long-whirl | |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5VY807 | CA | 06 | Lexus Ax470 | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

20230204-014

$ 200     Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ 230.00  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1167572*

CVB SCAN 02/28/2023 15:49

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
　　　　　　　Date (mm/dd/yyyy)　　　Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
　　　　　　　Date (mm/dd/yyyy)　　　U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 02/28/2023 15:49